# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

## Amended 12/26/2009

In re *SANTA RITA ACQUISITIONS, INC.,*  Case No. *09-10736 (BKT)*
   *a Corporation*  Chapter *11*

_____ / Debtor

Attorney for Debtor: *ALEXIS FUENTES-HERNANDEZ*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___6___ pages, is true, correct and complete to the best of my knowledge.

Date: *12/26/2009*                         */s/ GERARDO A. ANGULO MESTAS*
                                            Debtor

*/s/ ALEXIS FUENTES-HERNANDEZ*
*ALEXIS FUENTES-HERNANDEZ*
*Attorney for the debtor(s)*
*P.O.BOX 9022726*
*SAN JUAN, PR  00902-2726*

SANTA RITA ACQUISITIONS, INC.
MONTERREY INDUSTRIAL PARK
5 ACACIA ST.
PUERTO NUEVO, PR   00920


ALEXIS FUENTES-HERNANDEZ
P.O.BOX 9022726
SAN JUAN, PR   00902-2726


AGENCIA EFE
P.O. BOX 111138
SAN JUAN, PR   00910


ANALYSIS, INC.
6844 W., 111 STREET
WORTH, IL   60482


ANOCOIL CORPORATION
600 E. MAIN STREET
ROCKVILLE, CT   06066


ASSOCIATED PRESS
METRO OFFICE PARK
LOT 8, NO. 1 STREET, SUITE 108
GUAYNABO, PR   00968-1721


ATLANTIC SYNDICATION
1130 WALNOT
KANSAS CITY, MO   64106


AUTORIDAD DE ENERGIA ELECTRICA
P.O. BOX 363508
SAN JUAN, PR   00936


AXIOM TRADE, INC.
MAI CENTER, KENNEDY AVENUE
SUITE 210
SAN JUAN, PR   00920


AYOR TRUCK LINE, CO.
P.O. BOX 366578
SAN JUAN, PR   00936-6578

BANCO POPULAR DE PR  
P.O. BOX 362708  
SAN JUAN, PR   00936-2708

CARGRAPHICS, S.A.  
CALLE 29-N  
NO. 6A-40  
CALI, COLOMBIA

CARIBEX WORLDWIDE  
CARR. 110, KM. 1.6  
BO. ARENALES  
AGUADILLA, PR   00602

CARRIER CREDIT SERVICES, INC.  
1510 AVE. PONCE DE LEON  
SANTURCE, PR   00909

CITY GARBAGE DISPOSAL, CO.  
ALELI, KM. 3.4  
PUEBLO SECO  
TRUJILLO ALTO, PR   00976

CREATORS SYNDICATE  
5777 WEST CENTURY BLVD.  
SUITE 700  
LOS ANGELES, CA   90045

CRIM  
P.O. BOX 70179  
SAN JUAN, PR   00936-8179

DEPARTMENT OF LABOR OF PR  
P.O. BOX 1020  
SAN JUAN, PR   00919-1020

DEPARTMENT OF TREASURY OF PR  
PO BOX 9022501  
SAN JUAN, PR   00902-2501

FALCON SANCHEZ & ASSOC.  
P.O. BOX 366397  
SAN JUAN, PR   00936-6397

FLINT INK
14909 N. BECK ROAD
PLYMOUTH, MI  48170-2411


GUSTAVO ALFONSO LUGO
PMB 236
1353 RD. 19
GUAYNABO, PR  00968


HEARST CORP., INTERNATIONAL
300 W., 57TH STREET
NEW YORK, NY  10019


HORIZON LINES
METRO OFFICE PARK
METRO OFFICE 3, SUITE 400
GUAYNABO, PR  00968


INTERNAL REVENUE SERVICE
MERCANTIL PLAZA, ROOM 1014
#2 PONCE DE LEON, STOP 27 1/2
SAN JUAN, PR  00918-1693


LAWSON PRODUCTS, INC.
1666 E. TOUHY AVE.
DES PLAINES, IL  60016


LINDA MONTAG
300 E. 59TH ST.
NEW YORK, NY  10021


LISA WERTHEIM BRAULT
45 MOUNTAIN ROAD
FARMINGTON, CT  06032


MUNICIPIO DE SAN JUAN
CALL BOX 70179
HATO REY, PR  00936


NESTOR REYES, INC.
HOARE INDUSTRIAL PARK
SANTURCE, PR  00907

NEW YORK TIMES, CO.  
620 8TH AVENUE  
NEW YORK, NY 10018

PAN AMERICAN PAPERS  
5101 N.W. 37TH AVENUE  
MIAMI, FL 33142-3232

POPULAR AUTO, INC.  
P.O. BOX 50045  
SAN JUAN, PR 00902-6245

POPULAR LEASING  
P.O. BOX 362708  
SAN JUAN, PR 00936-2708

PRINTER COLOMBINA, SA  
CALLE 64 G, NO. 88A-30  
BOGOTA, COLOMBIA

PRT  
P.O. BOX 71535  
SAN JUAN, PR 00936

RAMCO CHEMICALS, INC.  
CALLE E  
URB. INDUSTRIAL MINILLAS  
BAYAMON, PR 00959

RG PREMIER BANK  
P.O. BOX 2510  
GUAYNABO, PR 00970

RICARDO ANGULO  
251 CRANDEN BLVD.  
KEY BISCAYNE, FL 33149

RIMCO  
CARR #2, KM. 3.7  
PUEBLO VIEJO  
SAN JUAN, PR 00962

ROBINSON & ASSOCIATES
1501 VENERA AVENUE, SUITE 300
CORAL GABLES
FL, 33146


ROSARIO ANGULO
251 CRANDEN BLVD.
KEY BISCAYNE, FL   33149


SOFTWARE SYSTEMS CONSULTANTS
CORPORATE OFFICE PARK
PUEBLO VIEJO, PR   00962


STATE INSURANCE FUND
P.O. BOX 365028
SAN JUAN, PR   00936-5028


TECHNICAL POWER SERVICE
305 W. BLACKSTONE LANE
ALVIN, TX   77511


THE WEATHER UNDERGROUND
P.O. BOX 3605
ANN ARBOR, MI   48106-3605


TRIBUNE MEDIA SERVICES
435 N. MICHIGAN AVE.
SUITE 1500
CHICAGO, IL   60611


UNITED MEDIA ENTERPRISES
91 MOOLTRIE STREET
BROOKLYN, NY   11222


UNITED RUBBER ROLLER
14 LUCHETTI ST.
VILLALBA, PR   00766


UNIVERSAL PROTECTION
1551 N. TUSTIN AVE.
SUITE 650
SANTA ANA, CA   92705

```
WESTERNBANK
P.O. BOX 1180
MAYAGUEZ, PR   00681-1180


WORLDNET TELECOMMUNICATIONS
P.O. BOX 70201
SAN JUAN, PR   00936-8201
```